**HARTFORD COUNTY, MARCH TERM, A. D. 1773.**

## NORTHUM V. PHELPS, CONSTABLE.

An officer is not liable for an escape where he takes sufficient bail which afterwards fails.

ACTION for an escape of one Kellogg, who was attached by the defendant in a civil suit in favor of the plaintiff; alleging that he had recovered judgment against said Kellogg, and taken out his execution, and delivered it to the defendant, who had returned it *non est inventus;* whereby he has lost all benefit of said judgment, etc.

Plea in bar — That true he did attach the body of said Kellogg, as the plaintiff has alleged, yet he says that said

Kellogg procured and tendered to him a good and sufficient bond for his appearing at court, and answering to said action executed by　　then apparently of good and sufficient responsibility; which bond he took, and set said Kellogg at liberty, which by law he was obliged to do; that said Kellogg failed to appear and answer to said suit, and is gone off; that said　　the bondsman before said judgment was recovered failed, and is broke, and worth nothing, and has secreted himself; and that the defendant offered to assign said bail bond to the plaintiff, but he refused to take it.— Demurrer — Judgment that the plea is sufficient.